1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11  ADONAI EL-SHADDAI,              )  Case No. CV 14-7154 GHK(JC)
                                    )
12              Petitioner,         )  (PROPOSED)
                                    )
13      v.                          )
                                    )  JUDGMENT
14  JOHN SOTO, Warden,              )
                                    )
15                                  )
                                    )
16 _____Respondent._____         )

17      Pursuant to this Court's Order Denying Petition for Writ of Habeas Corpus
18  and Dismissing Action, IT IS ADJUDGED that the Petition for Writ of Habeas
19  Corpus filed in this action is denied and this action is dismissed without prejudice.
20
21      DATED:   __4/28/15__
22
23
24  _____
25  HONORABLE GEORGE H. KING
    CHIEF UNITED STATES DISTRICT JUDGE
26
27
28